UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

CHRISTIAN BLAKE,

Defendant.
------------------------------------------------------------------X

ORDER

00-CR-1248

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 19 2009 ★
BROOKLYN OFFICE

NICHOLAS G. GARAUFIS, United States District Judge.

Pursuant to the Government's request, the Probation Department is directed to inform the court whether it has any objection to Defendant Christian Blake's ("Defendant") request to reduce the percentage of his net disposable income to be paid towards his restitution obligations. The Probation Department shall inform the court of any objections no later than March 31, 2009.

SO ORDERED.

Dated: Brooklyn, New York
March 18, 2009

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge